John DEAL, Movant,

v.

STATE of Missouri, Respondent.

No. 55179.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 3, 1989.

Application to Transfer Denied May 16, 1989.

Michael C. Todt, Special Public Defender, St. Louis, for movant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, John Deal, appeals from the denial of his Rule 24.035 without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).